1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10

11   CLIFFORD DIXON III,            ) Case No. EDCV 09-0755-VBF(RC)
                                    )
12                 Petitioner,      )
                                    ) ORDER ADOPTING REPORT AND
13   vs.                            ) RECOMMENDATION OF UNITED STATES
                                    ) MAGISTRATE JUDGE
14   KEN CLARK, WARDEN, and         )
     THE ATTORNEY GENERAL OF THE    )
15   STATE OF CALIFORNIA,           )
                                    )
16                 Respondents.     )
     _____)

17

18       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19   petition and other papers along with the attached Report and

20   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

21   and has made a de novo determination.

22

23       IT IS ORDERED that (1) the Report and Recommendation is

24   approved and adopted; (2) the Report and Recommendation is adopted

25   as the findings of fact and conclusions of law herein; and (3) the

26   petition is found to be a "mixed" petition, and Judgment shall be

27   entered dismissing without prejudice the petition and action.

28   //

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED:    July 14, 2009

_Valerie Baker Fairbank_

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs\09-0755.ADO
5/28/09