UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DIXON III, | ) Case No. EDCV 09-0755-VBF(RC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| KEN CLARK, WARDEN, and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | ) |
| Respondents. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed without prejudice.

DATED: July 14, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs\09-0755.JUD
5/28/09